JS-6

WARREN H. NELSON, JR. #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Blvd. #273
San Diego, CA 92115
Telephone: (619) 892 7809
Email: whnapc@gmail.com

Attorneys for Plaintiff
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD INSURANCE COMPANY, an Oregon Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ELSA ESTACIO, an Individual; ROSSANNA WILWERDING, an Individual,<br><br>Defendants. | Case No.: 5:16-cv-00338-PA-DTB<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AND WITHOUT ATTORNEY FEES OR COSTS |

Plaintiff Standard Insurance Company, Defendant Rossanna Wilwerding and Defendant Elsa Estacio (collectively, the "Parties") have jointly filed a stipulation requesting the Court enter an order dismissing this matter with prejudice, each party solely to bear, as the case may be, her or its own respective costs, attorney fees and expenses. In this connection, the Parties have represented to the Court:

1. This Federal Rule of Civil Procedure Rule 22 interpleader action under ERISA, i.e., the Employee Retirement Income Security Act, 29 USC § 1001 et seq, which is a dispute involving Defendants' competing claims of entitlement to payment of a life benefit under an ERISA plan, is now settled and completely

resolved on the basis of a written "Mutual Release and Joint Instructions for Payment of Life Benefit" (the "Release") that has been signed by all the Parties and approved as to form by each of the respective counsel to the Parties.

2. Amounts due to be paid by Standard under and as agreed in the Release have now been received in the respective law offices of counsel for Defendant Rossanna Wilwerding and Defendant Elsa Estacio.

3. All case issues having been finally resolved and all payments due under the Release now having been paid, the Parties have accordingly requested dismissal of the entire action, each party solely to bear, as the case may be, her or its own respective costs, attorney fees and expenses.

The Court, having now considered the stipulation and request of the Parties as well as the representations of the Parties, now **ORDERS** that this action is in its entirety hereby dismissed, each party solely to bear, as the case may be, her or its own respective costs, attorney fees and expenses.

**IT IS SO ORDERED**.

Dated:  May 31, 2016

_____
Percy Anderson
United States District Judge